UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,**　　) | |
| 　　　　Appellee,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　　) | Appeal No. 24-4227 |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| **JORDALE KING.**　　　　　　　　) | |
| 　　　　Appellant.　　　　　　　　) | |
| _____ ) | |

**MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S CONSOLIDATED
OPENING BRIEF AND JOINT APPENDIX**

　　　　COMES NOW Attorney Allen H. Orenberg, counsel for Appellant, Jordale King, and hereby moves this Court for the entry of an Order extending the time within which the appellant may file his opening brief and joint appendix, up to and including December 16, 2024.

　　　　As grounds, the following is stated:

　　　　1.　　Undersigned counsel attempted to contact Assistant U.S. Attorney Sarah Simpkins to request the government's position on this motion. However, AUSA Simpkins is out of the country until October 14, 2023. Nevertheless, it is believed that the government will consent to this motion.

1

2. Presently, the appellants' opening brief and joint appendix is due to be filed on or before October 15, 2024.

3. This case is an appeal from district court sentence imposed following a plea hearing (1/3/2024) and a sentencing hearing. (3/26/2024) The District Court imposed a sentence, essentially, 96 months consecutive to any other sentence imposed by the Circuit Court of the State of Maryland, followed by a term of supervised release of 36 months.

4. Researching and drafting the appellants consolidated opening brief is ongoing. However, this extension request is appropriate for the following reasons:

(A) Appellant and counsel are communicating about this appeal primarily by U.S. Mail. The additional time requested is necessary to research any potential appeals issues, as well as to communicate/discuss such with the appellant.

(B) Counsel has as very active criminal defense practice including numerous other ongoing litigation matters lodged in the U.S. District Court for the District of Columbia and in the U.S. District Court for the Northern District of West Virginia.

**WHEREFORE**, for the foregoing reasons and such other reasons that may appear just and proper, Attorney Allen H. Orenberg, counsel for appellant, Jordale King, and hereby moves this Court for the entry of an Order extending the time within which the appellant may file his opening brief and joint appendix, up to and including December 15, 2024.

Respectfully submitted,

_____
Allen H. Orenberg, Bar No. 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com
(Appointed By The Court)

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 11$^h$ day of October, 2024, a copy of the foregoing Consent Motion for Extension of Time to File Appellant's Opening Brief and Joint Appendix was served via CM/ECF to all registered persons in this cause, and via postage prepaid first class mail to:

>Jordale King #2433775
>Eastern Correctional Institution
>30420 Revells Neck Road
>Westover MD, 21890

_____
Allen H. Orenberg