FILED: October 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4227
(1:20-cr-00255-JKB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JORDALE KING

      Defendant - Appellant

_____

O R D E R
_____

The court denies the motion for extension of time to file opening brief and joint appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk